838 F.2d 464
 1988 A.M.C. 1520
 Versatile Toft, Ltd. Caroni (1975) Ltd., Preservatrice
Skandia Insurance, Ltd.
v.
Hamburg Sudamerikanische Dampfschiffahrts-gesellschaft
Eggert und Amsinck, Columbus Line, Columbus Line,
Inc., Concorde/Nopal, Concorde/Nopal
Line, Trylon Leasing Corp.,
Trylon Trucking Corp.
 NO. 87-5242
 United States Court of Appeals,
Third Circuit.
 DEC 18, 1987
 
 Appeal From: D.N.J.,
 Barry, J.
 
 
 1
 AFFIRMED.